PEOPLE v VERNELL SMILEY, Defendant. [639 NYS2d 240]

Memorandum: The People have failed to provide the Court with proof of service indicating that defendant was served with a copy of the order denying his CPL 440.10 motion. Therefore, defendant's time to seek leave to appeal from that

order has not begun to run (see, CPL 460.10 [4] [a]). Present—
Green, J. P., Pine, Fallon, Doerr and Davis, JJ.